

ATTORNEYS AT LAW

780 Third Avenue
4th Floor
New York, NY 10017

T 212-471-6200
F 212-935-1166
www.hinshawlaw.com

Concepcion A. Montoya
212-471-6228
cmontoya@hinshawlaw.com

March 7, 2013

**VIA ELECTRONIC FILING**
Hon. Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:    *Jakobovits  v. GC Services Limited Partnership*
             *Docket No. 13 Civ. 00070 (BMC)*

Dear Judge Cogan:

      We represent Defendant GC Services Limited Partnership ("GCS"), and write on behalf of both parties to advise the Court that the parties have settled the above-referenced matter. Defendants' time to respond to Plaintiff's Complaint has not yet expired, and a response is presently due March 11, 2013.  In light of the recent settlement, we respectfully request GCS be relieved of its obligation to respond to Plaintiff's Complaint until settlement is finalized. Additionally, we respectfully request the Court cancel the initial conference scheduled for Tuesday, March 12, 2013.

      Finally, the parties respectfully request forty-five (45) days to finalize settlement and file a voluntary notice of dismissal.

      We thank the Court for its consideration in this matter.

                    Respectfully submitted,

                    HINSHAW & CULBERTSON LLP


                    By:   *s/Concepcion A. Montoya*
                        Concepcion A. Montoya (CM-7147)


cc:      David Palace, Esq. (Via ECF)

Arizona   California   Florida   Illinois   Indiana   Massachusetts   Minnesota   Missouri   New York   Oregon   Rhode Island   Wisconsin
130534718  0942834